IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| TARIQ MITCHELL | : | NO. 10-146-1 |

ORDER

AND NOW, this 26th day of May, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant "for a status hearing to remove Attorney Tinari" (Docket No. 77) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
C.J.