IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TARIQ MITCHELL | : | NO. 10-146-1 |

ORDER

AND NOW, this 26th day of May, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant to withdraw his guilty plea (Docket No. 78) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.