```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| TARIQ MITCHELL | : | NO. 10-146 |

ORDER

AND NOW, this 21st day of August, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of Tariq Mitchell under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (Doc. # 90) is DENIED;

(2)  no certificate of appealability is issued; and

(3)  the motion of the government to dismiss the motion of Tariq Mitchell under 28 U.S.C. § 2255 (Doc. #92) is DENIED as moot.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.