IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TARIQ MITCHELL | : | NO. 10-0146 |

<u>ORDER</u>

AND NOW, this 2nd day of September, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the pro se Motion of Defendant Tariq Mitchell for Compassionate Release under 18 U.S.C. § 3582(c), as well as his request for the court to appoint counsel to represent him in connection with the motion (Doc. # 103) are DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.